AO 240A  (Rev. 07/10; NJ 02/23)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Plaintiff(s), | Civil Action No. |
| v. |  |
| Defendant(s). | **ORDER ON APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES** |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, IT IS ORDERED that the application is:

☐   GRANTED, and

☐   The clerk is ordered to file the complaint.

☐   IT IS FURTHER ORDERED, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:


☐   IT IS FURTHER ORDERED, the clerk is ordered to close the file. Plaintiff(s) may submit in a payment in the amount of $402 within 14 days from the date of this order to reopen the case with further action from the Court.

ENTERED this            day of                 ,

                                                                                               _____
                                                                                               United States District Judge